UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: C-11-4586-YGR |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| APPROXIMATELY $67,391 IN UNITED STATES CURRENCY, | |
| Defendant(s). | |

The Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 2, 2012 at 2:00 p.m. |
| REFERRED for Mandatory Settlement Conference Before Magistrate Judge Cousins to occur by | June 14, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | September 12, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: August 31, 2012 <br> Rebuttal: September 14, 2012 |
| EXPERT DISCOVERY CUTOFF: | October 12, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | November 13, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, December 7, 2012 |
| PRETRIAL CONFERENCE: | Friday, December 21, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, January 7, 2013 at 8:30 a.m. <br> (Jury Trial) |
| TRIAL LENGTH: | TBD days |

United States District Court
Northern District of California

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1    The parties must comply with both the Court's Standing Order in Civil Cases and Standing

2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing

3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4    **IT IS SO ORDERED.**

5  Dated: February 14, 2012

6  _____
   **YVONNE GONZALEZ ROGERS**

7  **UNITED STATES DISTRICT COURT JUDGE**

8  **CC: Magref Email**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2