# ROBERTS & ELLIOTT, LLP

ATTORNEYS AT LAW
HERITAGE BANK BUILDING
150 ALMADEN BOULEVARD, SUITE 950
SAN JOSE, CALIFORNIA 95113
TEL: 408/275-9800
FAX: 408/287-3782

June 26, 2012

Judge Yvonne Gonzalez Rogers
US District Court
Northern District of California
1301 Clay Street
Oakland, CA   94612

Re: *USA v. $67,391 in United States Currency*
    Case Number:   3:11-CV-04586-YGR
    Court Date:    July 2, 2012
                      2:00 P.M.
    Hearing:       Case Management Conference

**DENIED**
*Judge Yvonne Gonzalez Rogers*
June 27, 2012
(United States District Court, Northern District of California seal)

Dear Judge Gonzalez Rogers:

As you know, we represent claimant Sandy Do in the above entitled matter.

The purpose of this letter is to request approval to appear telephonically at the above mentioned hearing. Please consider:

1. All other relevant court dates have already been set.

2. The matter has already proceeded to a Settlement Conference.

3. Counsel is preparing to travel for the July 4th time period.

Thank you for your consideration in this matter.

Sincerely yours,

JAMES ROBERTS
Attorney at Law

JR:jye
cc:  Patricia Kenney