United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>APPROXIMATELY $67,391 IN UNITED STATES CURRENCY,<br><br>      Defendant. | Case No.: C-11-04586-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Stipulation Re: Telephonic Case Management Conference. (Dkt. No. 26.) The Court hereby continues the July 2, 2012 Case Management Conference to July 23, 2012 at 2:00 p.m. The Court intends this to be a substantive conference. Personal appearances are required.

This Order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: June 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**