MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>   v.<br>APPROXIMATELY $67,391 IN<br>UNITED STATES CURRENCY,<br>                Defendant.<br>SANDY DO,<br>                Claimant. | No. 11-CV-4586 MEJ<br><br>STIPULATION RE: SCHEDULING |

1  The parties agree, subject to the Court's approval, that the deadlines in the August 6, 2012
2  scheduling order for the close of discovery (currently 2/5/13), the filing of dispositive motions
3  (currently 3/7/13) and the hearing on dispositive motions (currently 4/11/13) be extended by
4  approximately 30 days so that the new deadlines are:
5      3/7/13 close of all discovery, including expert discovery;
6      4/11/13 date by which dispositive motions shall be filed; and
7      5/16/13 at ~~11:00~~ 10:00 a.m. hearing on dispositive motions filed, if any.
8  The reason for the extension is that the parties need more time to complete discovery, including the
9  three depositions which the United States needs, and that is complicated by both the schedules of
10 counsel and because the undersigned AUSA is having shoulder surgery in the end of January and
11 expects to be out of the office for at least two weeks.

13 IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

15 Dated: January 10, 2013

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

ROBERTS & ELLIOTT LLP

20 Dated: January 10, 2013

_____
JAMES ROBERTS
SHARMI SHAH
Attorneys for Claimant Sandy Do

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
DAY OF JANUARY, 2013.

_____
HONORABLE MARIA ELENA JAMES
Chief United States Magistrate Judge

Stip & Order Re: Scheduling
No. 11-CV-4586 MEJ     2

1    The parties agree, subject to the Court's approval, that the deadlines in the August 6, 2012
2    scheduling order for the close of discovery (currently 2/5/13), the filing of dispositive motions
3    (currently 3/7/13) and the hearing on dispositive motions (currently 4/11/13) be extended by
4    approximately 30 days so that the new deadlines are:
5        3/7/13 close of all discovery, including expert discovery;
6        4/11/13 date by which dispositive motions shall be filed; and
7        5/16/13 at 11:00 a.m. hearing on dispositive motions filed, if any.
8    The reason for the extension is that the parties need more time to complete discovery, including the
9    three depositions which the United States needs, and that is complicated by both the schedules of
10   counsel and because the undersigned AUSA is having shoulder surgery in the end of January and
11   expects to be out of the office for at least two weeks.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: January 10, 2013

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

ROBERTS & ELLIOTT LLP

Dated: January 10, 2013

JAMES ROBERTS
SHARMI SHAH
Attorneys for Claimant Sandy Do

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 14th DAY OF JANUARY, 2013.

HONORABLE MARIA ELENA JAMES
Chief United States Magistrate Judge

Stip & Order Re: Scheduling
No. 11-CV-4586 MEJ      2