1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone:  415.436.6857
       Facsimile:  415.436.6748
7
   Attorneys for the United States of America
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13
   UNITED STATES OF AMERICA,        )        No. 11-CV-4586 MEJ
14                                   )
                  Plaintiff,         )
15                                   )
          v.                         )        STIPULATION RE: SCHEDULING
16                                   )
   APPROXIMATELY $67,391 IN          )
17 UNITED STATES CURRENCY,           )
                                     )
18                Defendant.         )
                                     )
19 ——————————————————————            )
   SANDY DO,                         )
20                                   )
                  Claimant.          )
21 ——————————————————————            )

22

23

24

25

26

27

28

1    The parties agree, subject to the Court's approval, that the deadline in the January 14, 2013

2    scheduling order for the close of fact and expert discovery, March 7, 2013, be extended to and

3    including April 8, 2013.  The parties are not at this time requesting any change in the date by which

4    dispositive motions shall be filed, April 11, 2013, or the date when such motions are to be heard,

5    May 16, 2013 at 10:00 a.m.

6    The reason for the extension of the discovery cutoff is that the parties are in good faith

7    attempting to resolve a number of discovery issues without resort to the Court and do not anticipate

8    that all written discovery responses will have been made by March 7, 2013, the current discovery

9    cutoff, or that, if issues remain, the parties will have been able to comply with the Court's standing

10   order on discovery within 7 days of the close of discovery which would be March 14, 2013.

11

12   IT IS SO STIPULATED:                        MELINDA HAAG
                                                 United States Attorney
13

14   Dated: March 5, 2013

15                                               PATRICIA J. KENNEY
                                                 Assistant United States Attorney
16                                               Attorneys for the United States

17                                               ROBERTS & ELLIOTT LLP

18

19   Dated:  March 5, 2013

20                                               JAMES ROBERTS
                                                 Attorneys for Claimant Sandy Do
21

22   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___6th___

23   DAY OF MARCH 2013, THAT THE DISCOVERY CUTOFF FOR FACTUAL AND EXPERT

24   DISCOVERY BE EXTENDED TO AND INCLUDING APRIL 8, 2013.

25

26

27                                               HONORABLE MARIA ELENA JAMES
                                                 United States Magistrate Judge
28

Stip & Order Re: Scheduling
No. 11-CV-4586 MEJ                    2