UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br>APPROXIMATELY $67,391 IN UNITED STATES CURRENCY,<br><br>              Defendant.<br>_____/ | No. C 11-04586 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

      Pending before the Court is Claimant Sandy Do's Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before May 2, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

      **IT IS SO ORDERED.**

Dated: April 18, 2013

                                                               _____<br>
                                                               Maria-Elena James<br>
                                                               United States Magistrate Judge

Case3:11-cv-04586-MEJ Document69 Filed04/18/13 Page2 of 2