1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    MIRANDA KANE (CSBN 150630)
3   Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone:  415.436.6857
        Facsimile:   415.436.6748
7
    Attorneys for the United States of America
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13
    UNITED STATES OF AMERICA,          )        No. 11-CV-4586 MEJ
14                                      )
                    Plaintiff,          )
15                                      )
            v.                          )        STIPULATION RE: SCHEDULING
16                                      )
    APPROXIMATELY $67,391 IN            )
17  UNITED STATES CURRENCY,            )
                                        )
18                  Defendant.          )
                                        )
19  _____)
    SANDY DO,                           )
20                                      )
                    Claimant.           )
21  _____)

22

23

24

25

26

27

28

1   The parties agree, subject to the Court's approval, that the following dates be adopted:

2      1.    May 9, 2013 – opposition of the United States to claimant's summary judgment

3           motion due to be filed;

4      2.    May 23, 2013 – reply of claimant in support of her summary judgment motion due

5           to be filed;

6      3.    June 6, 2013 – hearing on claimant's summary judgment motion at 10:00 a.m.

7   Unless the schedule is revised, the hearing is currently scheduled for May 16, 2013.  The

8   undersigned Assistant United States Attorney has requested that counsel for claimant agree to a

9   2-week extension so that she has adequate time to prepare the opposition of the United States. This

10  forfeiture case arose out of a a state criminal case.  As a result, the undersigned Assistant United

11  States Attorney will need to work with, and obtain, declarations from state law enforcement officers

12  in San Jose area who are difficult to schedule and fit them in along with the undersigned Assistant

13  United States Attorney's own outstanding commitments in other cases which have deadlines and

14  previously scheduled depositions.  In addition, claimant would appreciate an extra week to prepare

15  her reply.  Accordingly, the parties have agreed, subject to the Court's approval, to adopt the above

16  schedule.

17  IT IS SO STIPULATED:

                                    MELINDA HAAG

18                                  United States Attorney

19  Dated: April 18, 2013

                                PATRICIA J. KENNEY

20                                  Assistant United States Attorney

                                Attorneys for the United States

21

22  Dated:  April 18, 2013               ROBERTS & ELLIOTT LLP

23                                  JAMES ROBERTS

                                Attorneys for Claimant Sandy Do

24

25  PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED AND THE ABOVE,

26  REVISED, AGREED-UPON SCHEDULE IS ADOPTED.

27       Dated:   4/23/2013

28                            HONORABLE MARIA ELENA JAMES

                                United States Magistrate Judge