UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>APPROXIMATELY $67,391 IN UNITED STATES CURRENCY,<br><br>                Defendant.<br>_____/ | No. C 11-04586 MEJ<br><br>**ORDER VACATING HEARING RE: DOCKET NO. 38** |

This matter is currently scheduled for a hearing regarding Claimant Sandy Do's Motion for Summary Judgment on June 6, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 6 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 30, 2013

_____
Maria-Elena James
United States Magistrate Judge