MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    FAX: (415) 436-7234
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CV-4586 MEJ (NC) |
|     Plaintiff, | |
| v. | |
| APPROXIMATELY $67,391 IN UNITED STATES CURRENCY, | JUDGMENT AND DISMISSAL OF THE INSTANT ACTION |
|     Defendant. | |
| SANDY DO, | |
|     Claimant. | |

UPON CONSIDERATION of the parties' Settlement Agreement, the entire record and for good cause shown, it is by the Court on this __28th__ day of __January__, 2014

ORDERED, ADJUDGED AND DECREED that $33,695.50 of defendant $67,391 BE, and hereby IS, FORFEITED to the United States with direction to the United States Marshals Service to dispose of it in accordance with law; and it is further

ORDERED that $33,695.50 of defendant $67,391 will be returned to claimant Sandy Do with accrued interest calculated under 28 U.S.C. § 1961 from the date of the seizure on March 25, 2011, after claimant Do completes compliance with the terms of the Settlement Agreement, and in accordance with the normal procedures which the Drug Enforcement Administration has for returning property; and it is further

ORDERED that this case be, and hereby is, DISMISSED.

_____
THE HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

Approved as to form:

_____
JAMES ROBERTS
LAW OFFICES OF ROBERTS & ELLIOTT LLP
Attorney for claimant Sandy Do

SETTLEMENT AGREEMENT
NO. 11-CV-4586 MEJ                                    1